UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ERNEST GADLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:05CV2175 RWS |
| | ) |
| KLEEN RITE, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that Defendant's motion to compel [#21] is **GRANTED** as stated on the record at today's hearing of the motion. Plaintiff shall provide Defendant with his disclosures and discovery responses by **May 23, 2006**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 10th day of May, 2006.